UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SZACIK, AGATA | ) | CASE NO. 05 B 06881 |
| SZACIK, ZBIGNIEW L | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

Social Security/Employer Tax ID Number:   XXX-XX-4300
                                          XXX-XX-3091

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604

    On: **November 1, 2007**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                $15,358.54

    Disbursements                              $26.96

    Net Cash Available for Distribution    $15,331.58

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $2,285.85 | $48.65 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $4,810.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:  None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $8,820.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 92.82%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial | $4,413.89 | $4,096.90 |
| 2 | Citibank South Dakota N A | $3,873.61 | $3,595.43 |
| 3 | Kohl's Department Store | $533.03 | $494.75 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 5768 OLEANDER, CHICAGO, IL | $400,000.00 |
| CASH | $40.00 |
| CHECKING ACCOUNT-LA SALLE BANK | $100.00 |
| SAVINGS ACCOUNT-MID-AMERICA | $1,200.00 |
| HOUSEHOLD GOODS | $850.00 |
| WEARING APPAREL | $200.00 |
| 1996 NISSAN MAXIMA | $800.00 |
| 2004 NISSAN QUEST | $24,000.00 |

Dated: **October 3, 2007**                                    For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL 60604

Trustee:    Phillip D. Levey
Address:    2722 North Racine Avenue
            Chicago, IL  60614
Phone No.:  (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                 Page 1 of 1             Date Rcvd: Oct 03, 2007
Case: 05-06881                      Form ID: pdf002             Total Served: 19

The following entities were served by first class mail on Oct 05, 2007.
 db          +Agata Szacik,    9229 N Willow Lane,    Niles, IL 60714-1339
 jdb         +Zbigniew L Szacik,    9229 N Willow Lane,    Niles, IL 60714-1339
 aty         +William A Karnezis,    William A Karnezis & Associates,    3838 W Irving Park Road,
               Chicago, IL 60618-3122
 tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
 8987180     +ADVOCATE HEALTH CARE SERVI CES,    28003 NETWORK PL,    CHICAGO, IL 60673-0001
 8987181      CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
 8987182      CITIZENS BANK,    480 JEFFERSON BLVD,    WARWICK, RI 02886-1359
 10580870    +Citibank South Dakota N A,    Citibank/Choice,    Exception Payment Processing,    Pob 6305,
               The Lakes, NY 88901-6305
 10587131    +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
 9133647     +Kohls,   Pob 2983,    Milwaukee, WI 53201-2983
 8987179      Law Offices Of William A Karnezis,    3838 W Irving Park Road,    Chicago, IL 60618-3122
 8987184      MIDAMERICA BANK,    C/O CONNOLL, EKL & WILLIAMS, P.C.,    115 55TH ST STE 400,
               CLARENDON HILLS, IL 60514-6395
 8987185      NISSAN MOTOR ACCEPTANCE CORPORATION,     P.O. BOX 0502,    CAROL STREAM, IL 60132-0502
 9133648     +Providian National Bank,    295 Main Street,    Tilton,NH 03276-5115
 8987177      SZACIK AGATA,    9229 N WILLOW LANE,    NILES, IL 60714-1339
 8987178      SZACIK ZBIGNIEW L,    9229 N WILLOW LANE,    NILES, IL 60714-1339
 8987186     +U.S. DEPARTMENT OF JUSTICE,    DIRKSEN FEDERAL BUILDING,    219 S. DEARBORN STREET, FIFTH FLOOR,
               CHICAGO, IL 60604-1702

The following entities were served by electronic transmission on Oct 04, 2007.
 8987183      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09     DISCOVER FINANCIAL,
               PO BOX 15316,    WILMINGTON, DE 19850-5316
 10573077     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09
               Discover Bank/Discover Financial Services,    PO Box 8003,   Hilliard, OH 43026
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 sp*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                             TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                    **Signature:** _Joseph Speetjens_