IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SZACIK. AGATA & ZBIGNIEW L. | ) | CASE NO. 05 B 06881 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE JOHN D. SCHWARTZ
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses. Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered. requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 3-15-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago. IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SZACIK, AGATA | ) | CASE NO. 05 B 06881 |
| SZACIK, ZBIGNIEW L | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $2,285.85 |
| 2. | Trustee's expenses | $48.65 |
| | TOTAL | $2,334.50 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $4,810.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**

NOV - 1 2007

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SZACIK, AGATA | ) | CASE NO. 05 B 06881 |
| SZACIK, ZBIGNIEW L | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,144.50 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,219.65 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $15,364.15 |

EXHIBIT D

# FINAL DISTRIBUTION

| Case Number: 05-06881   JDS | | | | Page 1 | | | Date: November 1, 2007 |
|---|---|---|---|---|---|---|---|
| Debtor Name: SZACIK, AGATA \ SZACIK, ZBIGNIEW L | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $15,364.15 |
| | Claim Type - | | | | | | | |
| | Phillip D. Levey COMPENSATION | Admin | | $2,285.85 * $2,285.85 | $0.00 | $2,285.85 | $2,285.85 | $13,078.30 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Phillip D. Levey EXPENSES | Admin | | $48.65 * $48.65 | $0.00 | $48.65 | $48.65 | $13,029.65 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Subtotal For Claim Type | | | $2,334.50 * $2,334.50 | $0.00 | $2,334.50 | $2,334.50 | |
| | Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $4,810.00 * $4,810.00 | $0.00 | $4,810.00 | $4,810.00 | $8,219.65 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Subtotal For Claim Type 3110-00 | | | $4,810.00 * $4,810.00 | $0.00 | $4,810.00 | $4,810.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $7,144.50 * $7,144.50 | $0.00 | $7,144.50 | $7,144.50 | |
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000001 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Unsec | 070 | $4,413.89 * $4,413.89 | $0.00 | $4,413.89 | $4,113.20 | $4,106.45 |
| | | | | Percent Paid: 93.18764 % | | | | |
| 000002 | Citibank South Dakota N A Citibank/Choice Exception Payment Processing Pob 6305 The Lakes, NY 88901 | Unsec | 070 | $3,873.61 * $3,873.61 | $0.00 | $3,873.61 | $3,609.73 | $496.72 |
| | | | | Percent Paid: 93.18775 % | | | | |
| 000003 | Kohl"s Department Store c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsec | 070 | $533.03 * $533.03 | $0.00 | $533.03 | $496.72 | $0.00 |
| | | | | Percent Paid: 93.18800 % | | | | |
| | Subtotal For Claim Type 7100-00 | | | $8,820.53 * $8,820.53 | $0.00 | $8,820.53 | $8,219.65 | |

**FINAL DISTRIBUTION**

| Case Number: 05-06881    JDS | | | Page 2 | | | | Date: November 1, 2007 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: SZACIK, AGATA \ SZACIK, ZBIGNIEW L | | | | | | | |
| Claim #    Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| Subtotals For Class Unsecured | 93.18771 % | | $8,820.53 *<br>$8,820.53 | $0.00 | $8,820.53 | $8,219.65 | |
| << Totals >> | | | $15,965.03<br>$15,965.03 | $0.00 | $15,965.03 | $15,364.15 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-06881 -JDS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | SZACIK, AGATA | Bank Name: | BANK OF AMERICA |
| | SZACIK, ZBIGNIEW L. | Account Number / CD #: | *******7127 Interest earning MMA Account |
| Taxpayer ID No: | *******5667 | | |
| For Period Ending: | 03/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/10/05 | 10 | MERCURY TITLE COMPANY | | 1241-000 | 15,112.50 | | 15,112.50 |
| 11/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 3.71 | | 15,116.21 |
| 12/30/05 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.69 | | 15,123.90 |
| 01/31/06 | 11 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 7.72 | | 15,131.62 |
| 02/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.78 | | 15,142.40 |
| 03/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.86 | | 15,155.26 |
| 04/28/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.46 | | 15,167.72 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 11.38 | 15,156.34 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | VOID Wrong Amount. | 2300-003 | | -11.38 | 15,167.72 |
| 05/30/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | Bond Premium | 2300-000 | | 12.34 | 15,155.38 |
| 05/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.88 | | 15,168.26 |
| 06/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.47 | | 15,180.73 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.89 | | 15,193.62 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.90 | | 15,206.52 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.49 | | 15,219.01 |
| 10/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.93 | | 15,231.94 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.52 | | 15,244.46 |
| 12/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.94 | | 15,257.40 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.96 | | 15,270.36 |
| 02/28/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.71 | | 15,282.07 |
| 03/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.97 | | 15,295.04 |
| | | | Page Subtotals | | 15,307.38 | 12.34 | |

LFORM24

Ver: 12.62a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06881 -JDS | Trustee Name: | Phillip D. Levey |
| Case Name: | SZACIK, AGATA | Bank Name: | BANK OF AMERICA |
| | SZACIK, ZBIGNIEW I. | Account Number / CD #: | *******7127  Interest earning MMA Account |
| Taxpayer ID No: | *******5667 | | |
| For Period Ending: | 03/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.58 | | 15,307.62 |
| 05/08/07 | 000103 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 14.62 | 15,293.00 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.99 | | 15,305.99 |
| 06/29/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 12.57 | | 15,318.56 |
| 07/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.02 | | 15,331.58 |
| 08/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 13.02 | | 15,344.60 |
| 09/28/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.77 | | 15,354.37 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.78 | | 15,364.15 |
| 11/01/07 | | Transfer to Acct #*******2879 | Final Posting Transfer | 9999-000 | | 15,364.15 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,391.11 | 15,391.11 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 15,364.15 | |
| Subtotal | 15,391.11 | 26.96 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,391.11 | 26.96 | |

Page Subtotals   83.73   15,378.77

LFORM24

Ver: 12.62a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-06881 -JDS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SZACIK, AGATA | | Bank Name: | BANK OF AMERICA |
| | SZACIK, ZBIGNIEW L | | Account Number / CD #: | *******2879 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5667 | | | |
| For Period Ending: | 03/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/01/07 | | Transfer from Acct #*******7127 | Transfer In From MMA Account | 9999-000 | 15,364.15 | | 15,364.15 |
| 11/02/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,285.85 | 13,078.30 |
| 11/02/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 48.65 | 13,029.65 |
| 11/02/07 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 4,810.00 | 8,219.65 |
| 11/02/07 | 000104 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 000001, Payment 93.18764% | 7100-900 | | 4,113.20 | 4,106.45 |
| 11/02/07 | 000105 | Citibank South Dakota N A<br>Citibank/Choice<br>Exception Payment Processing<br>Pob 6305<br>The Lakes, NY 88901 | Claim 000002, Payment 93.18775% | 7100-900 | | 3,609.73 | 496.72 |
| 11/02/07 | 000106 | Kohl"s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000003, Payment 93.18800% | 7100-900 | | 496.72 | 0.00 |

```
                                    COLUMN TOTALS                    15,364.15       15,364.15           0.00
                              Less: Bank Transfers/CD's               15,364.15            0.00
                                    Subtotal                               0.00       15,364.15
                              Less: Payments to Debtors                                     0.00
                                    Net                                    0.00       15,364.15

                                                                                          NET          ACCOUNT
                         TOTAL - ALL ACCOUNTS             NET DEPOSITS              DISBURSEMENTS      BALANCE
              Interest earning MMA Account - *******7127       15,391.11                   26.96          0.00
              Checking Account (Non-Interest Earn - *******2879     0.00               15,364.15          0.00
                                                          -----------------         ----------------  ---------------

                                    Page Subtotals             15,364.15                15,364.15
```

Ver: 12.62a

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-06881 -JDS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | SZACIK, AGATA | Bank Name: | BANK OF AMERICA |
| | SZACIK, ZBIGNIEW L. | Account Number / CD #: | *******2879 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5667 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/15/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 15,391.11 | 15,391.11 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 12.62a

LFORM24